The People of the State of New York, Respondent, v. Thomas Homan, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

The People of the State of New York ex rel. Mary Reid, Respondent, v. Anna Cavanagh and Others, Appellants.— Motion to resettle granted and order resettled so as to provide that the relator, Mary Reid, be given the right of visitation on Saturday of each week between the hours of two p. m. and six p. m. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. (See *ante*, p. 737.]

Samuel Quossa, Respondent, v. Sea Breeze Holding Corporation, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Angelina Russo, Respondent, v. William Russo, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Louis Sanders, as Administrator, etc., of Stella Sanders, Deceased, Respondent, v. Gray Kusmaul, Defendant; Thomas Emsley and William J. Dillon, Appellants:— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

S. & N. Trading Corporation, Appellant, v. Amazon Building Corporation and Others, Defendants. Charles Grosch, Respondent; Jacob W. Kahn, as Receiver, Respondent; Alfred J. Aberle, as President of S. & N. Trading Corporation, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle granted and order resettled by striking therefrom the words " and the facts." Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. [See *ante*, p. 739.]

Louis H. Silberbauer and Another, Respondents, v. Matthew Engel, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Joseph Stark, Respondent, v. Clark Stores, Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Tony Sylvia, Appellant, v. Nita Eyth and Joseph Eyth, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Joseph P. Toomey, Respondent, v. Hotel Chesterfield, Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Catherine Wilkus, Respondent, v. The Prudential Insurance Company of America, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.